IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02437-CMA-KLM

TRUDY JAMES,

    Plaintiff,

v.

ASRC MANAGEMENT SERVICES,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with F.R.Civ.P. 41(a)(1) and the Stipulation Motion to Dismiss (Doc. # 20) signed by the attorneys for the parties hereto it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

DATED: October __28th__, 2008.

BY THE COURT:

*/s/ Christine M. Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Court Judge